UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **FOSTER RODERICK** | : | **CASE NO.  5:22-cv-04815** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **MIC PROPERTY & CASUALTY INSURANCE CORP.** | : | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 32], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that the Report and Recommendation [doc. 32] is **ADOPTED**. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment [doc. 26] be **GRANTED,** and that this matter and all of plaintiff's claims against MIC Property & Casualty Insurance Corp. be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 27th day of March, 2024.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE